Revised 03/06 WDNY

25cv6105

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT**
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

FILED FEB 21 2025 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

### 1. CAPTION OF ACTION

A.  Full Name of Plaintiff: NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Kestawy Guzzetta

-vs-

B.  Full Name(s) of Defendant(s) NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Strong Memorial Hospital
2. Andrea Rose Lynn
3. ___
4. ___
5. ___
6. ___

### 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: Defendant Andrea Rose Lynn violated Plaintiffs Civil rights while working at Strong Memorial Hospital

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: All parties reside in Monroe county which this court has jurisdiction over.

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: medical malpractice

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION**  NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Hestany Guzzetta

Present Address: 1121 affinity lane Rochester NY, 14616

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION**  NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Strong memorial Hospital

Official Position of Defendant (if relevant): _____

Address of Defendant: 601 Elmwood ave Rochester, NY, 14616

Name of Second Defendant: Andrea Rose Lynn

Official Position of Defendant (if relevant): R.N. at Strong memorial Hospital

Address of Defendant: _____

Name of Third Defendant: _____

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in **state or federal court** dealing with **the same facts** involved in this action?
Yes [ ]  No [✓]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _____

2

Defendant(s):_____

2. Court (if federal court, name the district; if state court, name the county):_____

3. Docket or Index Number:_____

4. Name of Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?
   Is it still pending? Yes ☐  No ☐

   If not, give the approximate date it was resolved._____

   Disposition (check those statements which apply):

   ☐ Dismissed (check the statement which indicates why it was dismissed):

   ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
   ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
   ☐ By court due to your voluntary withdrawal of claim;

   ☐ Judgment upon motion or after trial entered for
   ☐ plaintiff
   ☐ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

A. **FIRST CLAIM:** On (*date of the incident*) September 11, 2024,
defendant (*give the **name and (if relevant) the position held of each defendant** involved in this incident*) Andrea Rose Lynn (defendant) Registered Nurse at Strong memorial Hospital

3

did the following to me (*briefly state what each defendant named above did*): Defendant Andrea rose lynn removed urine out of plaintiffs catheder bag in the middle of plaintiffs intense labor, against the plaintiffs wishes and without the plaintiffs consent to test the urine for drugs. The plaintiff specifically denied any urine screens and made a plan of care with the doctor (mellisa chima) in charge of the plaintiffs labor and delivery that stated NO urine screens are required for the plaintiff. Defendant Andrea rose lynn colluded with a social worker and performed said urine screen to have plaintiffs Newborn Baby removed from care.

The federal basis for this claim is: The defendants violated the plaintiffs civil rights

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:* Plaintiff requests that this court holds the defendants responsible for the neglegent acts they performed against the plaintiff, and that the defendants cover all damages against plaintiff.

**B. SECOND CLAIM:** On (*date of the incident*) _____,
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

did the following to me (*briefly state what each defendant named above did*): _____

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:* _____

If you have additional claims, use the above format to set them out on additional sheets of paper.

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Plaintiff Request damages in the amount of $2,000,000.00 To be paid by the defendants with any other relief this court finds to be just and proper.

Do you want a jury trial? Yes ☐  No ☑

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/21/2025
           (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

*/s/ Kestoy Guzzett/*

Signature(s) of Plaintiff(s)

Revised 05/01 WDNY

# CERTIFICATE OF SERVICE
## Instructions and Forms

Make extra copies of these forms before you use them for the first time, so that you will have copies to use for future filings in your case. You may also obtain copies on the Western District web site at **www.nywd.uscourts.gov** on the Internet.

**All** document(s) which you wish to file with the Court **after the complaint has been served** must **first** be served on **all other parties** to the action (if appearing *pro se*) or all other parties' attorneys. The service may be accomplished either by hand-delivering or by mailing a copy of the document(s) to the other parties or to the parties' attorneys **before** you file the papers with the Court.

You **must** then include with the document(s) you are filing with the Court either a signed and dated **Certificate of Service** informing the Court under penalty of perjury that you have served a copy of the documents (which you must name) on the other parties by hand-delivering or mailing the document(s) to the other parties or their attorneys on a named date in which you state the same thing.

Revised 05/01 WDNY

# CERTIFCATE OF SERVICE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____,

            Plaintiff(s),                        CERTIFICATE OF SERVICE

  v.                                                _____-CV-_____

_____,

            Defendant(s).

I, *(print your name)* _____, served a copy of the attached papers *(state the name of your papers)* _____

_____ upon all other parties in this case
by mailing ☐ by hand-delivering ☐ *(check the method you used)* these documents to the following persons *(list the names and addresses of the people you served)* _____

_____

_____

_____

on *(date service was made)* _____

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on _____      _____
                  *(date)*                                    *(your signature)*