# EXHIBIT A

Case 6:25-cv-06105-FPG    Document 10-1    Filed 05/13/25    Page 1 of 7

AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| CASE ID: | 28610341 | STAGE: Investigation |
| CASE NAME: | Guzzetta,Kestany | STAGE ID: 35352960 |
| | | STAGE NAME: Guzzetta,Kestany |
| | | REPORT DATE: 9/12/2024 |

## INTAKE NARRATIVE

## Call Narrative

### Narrative:

Kestany gave birth to baby girl Guzzetta on 9/11/24. Kestany and the baby both subsequently tested positive toxicology for Cocaine. Kestany's drug abuse has impaired her ability to care for this baby. Unknown roles for Thomas, grandparent, and the other child age 2.

# EXHIBIT B

# Progress Notes

Signed Sep 11, 2024

## Progress Notes by Melissa Chima, MD at 9/11/2024 7:12 AM

Attestation signed by Neil Seligman, MD at 9/11/2024 12:36 PM

MFM Attending

28 y.o. yo G5P1031 at 38w0d Weeks being induced for IUGR with EFW at the 3.4th percentile. Now 6cm. Epidural in place. History of substance use disorder on MOUD and ongoing cocaine use. Recent positive UCDS on 9/6. Additional urine screening not needed given recent results. Anticipate NSVD.

I agree with the resident's/fellow's findings and plan of care as documented above.

Neil Seligman, M.D. M.S.
Associate Professor
Division of Maternal-Fetal Medicine
University of Rochester Medical Center

**OBSTETRICS PROGRESS NOTE**

mychart.urmc.rochester.edu

# EXHIBIT C

**UR MEDICINE**
MEDICINE *of the* HIGHEST ORDER

March 5, 2025

Kestany Guzzetta
1121 Affinity Lane
Rochester, NY 14616

Dear Mrs. Guzzetta,

Thank you for allowing us time to complete a review of concerns related to your Strong Memorial Hospital admission from September 10th, 2024 – September 13th, 2024. We genuinely value your feedback and apologize for the distress you and your family experienced during the birth of your second child. It is our goal to provide the highest quality of care, and we are sorry that was not your experience.

Following submission of your formal complaint, the concerns you shared were reviewed by the Quality Assurance teams from Obstetrics/Gynecology, Anesthesiology, Breastfeeding and Lactation Medicine, and Social Work. Please find below responses to the concerns you raised in your complaint.

1. **Urine Screen**
One of the concerns you brought forth involved the timing of urine collection for a urine drug screen. A urine drug screen was ordered on September 11th, 2024, after obtaining your verbal consent. Our goal is always to be respectful and use the least intrusive methods. In your case, urine was collected from your catheter bag on this day, as it was the most accessible option.

2. **Method of Anesthesia**
We understand your concerns about the anesthesia provided during your delivery. After your discussion with the anesthesia provider, there was agreement to use a very low-dose of fentanyl. This continuous method of infusion via the epidural route is different from the traditional dosing and carries significantly lower risk for provoking a relapse/addiction. The plan you agreed upon for the epidural was followed. Your safety remains our top priority, and we hope this explanation offers clarity and reassurance. We apologize for any concerns this may have caused during your stay.

3. **Lactation Support**
We are sorry to hear that you felt unsupported with breastfeeding during your hospital stay. Our lactation consultants are available as a consult service, and bedside nurses are always there to ensure your baby's feeding needs are met. Lactation consultants typically check in daily, but we understand that more support may have been more helpful in your case. Nursing mothers are not routinely waken if they are sleeping. We apologize if this was not communicated clearly and for any inconvenience this may have caused. For families needing a breast pump, we provide a list of local providers and encourage them to reach out for assistance.

4. **Rash Identification and Treatment**
Regarding the rash you experienced, we sincerely apologize for any discomfort it caused. The rash was identified on September 12th (postpartum day one), and antibiotics were prescribed, with the first dose administered that evening. Another dose was given on September 13th before discharge. We are confident that the care you received followed the standard treatment protocols, but we are sorry your experience was not a good one.

601 Elmwood Avenue · Box 706 · Rochester, New York 14642



We are grateful that both you and your baby are doing well now and that you can bond as a family. We deeply regret the challenges you faced during your stay, and we understand that these issues could have been alleviated with better communication. Please know that we are committed to learning from this experience and making the necessary improvements to better serve future families.

Thank you again for your feedback. We appreciate the opportunity to reflect on how we can improve the care and patient experience for all our patients and families. Please contact our office directly if you have any questions at (585) 275-5418. If you feel we have not adequately addressed your concerns, you may contact the New York State Department of Health at (800) 804-5447.

Sincerely,


Patient & Family Relations
Strong Memorial Hospital

601 Elmwood Avenue · Box 706 · Rochester, New York 14642