# THE UHNITED STATES DISTRICT COURT
# WESTERN DISTRICT OFD NEW YORK

KESTANY GUZZETTA

      PLAINTIFF                                   PLAINTIFF MOTION

V.

STRONG MEMORIAL HOSPITAL               Civil Action No. 25-cv-6105

ANDREA, LYNN, ROSE

      DEFENDANTS

**UNITED STATES DISTRICT COURT FILED MAY 27 2025 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY**

## **PLAINTIFFSMOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff, pursuant to rule 15(a)(2) of the Federal Rule of Civil Procedure, respectfully requests leave of court to file an amended complaint to properly hold the defendants accountable for the massive violations they inflicted upon the plaintiff and the plaintiffs family.

1. Plaintiff filed the original complaint on February 18, 2024.
2. The complaint is still true and accurate in naming defendant Andrea Lynn Rose for her role in this massive violation committed against the plaintiff and the plaintiff's family.
3. By reason of facts and circumstances related to this case the plaintiff respectfully requests that Michelle Siermbor a social worker employed by the defendant, be added to this complaint and named as a defendant.
4. Attached is exhibit A, a true and accurate copy of progress notes written by Michelle Siembor. The progress notes state that the plaintiff Kestany Guzzetta tested positive for cocaine, defendant Siembor makes no mention anywhere in her progress notes that baby tested positive for cocaine.  Michelle Siembor  lied about patient's medical records when reporting the plaintiff to the MCDHS. "Falsely reporting an incident in the third degree" is a class A misdemeanor that carries up to a year in county jail, heavy fines, and potentially loss of Mrs. Siembors license to be a social worker. Our system depends on the honesty of these mandated reporters in hopes to keep the wheels of the justice system running smoothly, allowing the defendants

to get away with these atrocities would be a massive injustice and I beg that this honorable court see what has happened here and what the defendants have done.

5. The plaintiff states that it could not be more clear that defendant Andrea Lynn Rose violated the plaintiffs "Fourth Amendment right to illegal search and seizure" when removing urine from the plaintiffs catheter bag and illegally tested it for drugs without the plaintiffs written, or verbal consent. Defendant Andrea Lynn Rose then passed the results of that illegal drug screen to Michelle Siembor Strong Memorial hospitals OBGYN social worker. Michelle Siembor needed a dirty drug screen or she would not have had a valid complaint for MCDHS.

6. Plaintiff states indisputable evidence has been presented to prove beyond any shadow of a doubt or the law that the defendants have violated the plaintiffs Fourth and Fourteenth amendment rights.

I declare under penalty and perjury that the foregoing is true and correct and that this motion was executed on March 26, 2025 in Rochester New York

DATED: MAY25, 2025                              BY: KESTANY GUZZETTA

                                                                   Pro Se Attorney

Revised 05/01 WDNY

**CERTIFCATE OF SERVICE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_Kestany Guzetta_,

Plaintiff(s),

v.

_Strong memorial Hospital_
_Aidroer, Lynny Rose_,

Defendant(s).

CERTIFICATE OF SERVICE

_25_ -CV- _6105_

I, *(print your name)* _Kestany Guzetta_, served a copy of the attached papers
*(state the name of your papers)* _motion For leave to File amended_
_Complaint_

_____

upon all other parties in this case
by mailing [ ✓ ] by hand-delivering [ ] *(check the method you used)*
these documents to the following persons *(list the names and addresses of the people you served)* _Aimee Ca Faver Finch 120 Allens Creek_

_____
_____
_____
_____
_____
_____
_____

on *(date service was made)* _____

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on _5/27/25_          _Kestany Guzet_
             *(date)*                          *(your signature)*