UNIITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK

judge                    civil action# 25-CV-6105

Frank Geraci



I am writing respectfully in regard to the pending decision on Defendant's Motion to Dismiss in the above-captioned matter.

I would like to bring to the Court's attention that the defense has failed to deny the core factual allegations of this case. In fact, their motion includes materials that only further support my claims. Specifically, the evidence clearly shows that my urine was collected and tested for drugs without my knowledge or informed consent, and that the sole purpose of this unauthorized test was to pass the results to Child Protective Services in an effort to initiate removal of my newborn child from my care.

I have submitted documentation demonstrating that:
- There was no medical necessity for a drug test;
- No consent was obtained—neither written nor verbal;
- The test was conducted outside of standard medical practice;
- The results were transmitted to CPS for non-medical purposes.

These facts are not disputed by the defense. Rather than contesting what occurred, they attempt to avoid accountability by focusing on unrelated or immaterial issues. I believe the record now contains more than sufficient evidence for the Court to deny the motion to dismiss and allow this case to proceed on the merits.

Thank you for your time and continued attention to this matter. I remain available to provide any further information the Court may need.

I swear that the foregoing is true incorrect it was executed by Caite on July 28, 2025 in Rochester NewYork

Respectfully submitted,

*[signature]* 7/31/25

KESTANY GUZZETTA
Plaintiff, Pro Se